

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

ENTERED
06/06/2019

| | | |
|---|---|---|
| IN RE: | § | |
| **JEFFERY ROBLES SOTO** | § | **CASE NO: 19-33168** |
| **Debtor(s)** | § | |
| | § | **CHAPTER  13** |

<u>**ORDER SETTING HEARING ON MOTION**</u>
<u>**FOR EXTENSION OF THE AUTOMATIC STAY**</u>

The Court will conduct an evidentiary hearing on the Debtor(s)' Motion to Extend the Automatic Stay (Docket No. 5) at **1:30 p.m. on June 25, 2019,** in Courtroom 404, 4th Floor, 515 Rusk, Houston, Texas.  Within 2 business days of entry of this order, the debtor(s) must provide notice of the hearing and a copy of the motion to all creditors against whom the debtor(s) seek to extend the automatic stay and file a certificate of service with the Court.

Objections to the motion for an extension must be filed within 15 days of service of the notice of hearing.  If the hearing occurs prior to the expiration of the 15-day period, objections may be made orally at the hearing.

Local Rule 1007(d) ("Wage Order Rule") requires debtors who are wage and salary employees to submit a wage order with their proposed plan.  Debtors who are not wage and salary employees must submit an electronic funds transfer form to the trustee.  At the scheduled hearing, the debtor will be required to prove compliance with the Wage Order Rule.  *If the debtor has not complied with the Wage Order Rule, the stay will not be extended.*

SIGNED <u>**June 6, 2019.**</u>

_____
Marvin Isgur
UNITED STATES BANKRUPTCY JUDGE