Exhibit "A"

Property Description

Property Address:     207 Range Ln., Baytown, TX   77523,

Legal Description:    Lot 142, Lanai Subdivision, Chambers County, Texas